UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABBY JO OVITSKY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>        Defendant,<br><br> and<br><br>K12.COM, DBA California Virtual Academy, DBA Cava, DBA Delaware K12, Inc., DBA K12, Inc., DBA Washington Virtual Academy, in Washington State, DBA WAVA; et al.,<br><br>        Defendants - Appellees. | No. 13-55221<br><br>D.C. No. 2:11-cv-10142-DMG-JCG<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

      The judgment of this Court, entered February 27, 2015, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk